1   MARK SCOGGINS
    SCOGGINS LAW OFFICE, LLC
2   2nd Floor, MIC Building, Chalan Monsignor Guerrero
    San Jose Village
3   P.O. Box 501127
    Saipan MP 96950
4   Telephone Nos.: (670) 234-7455 / 234-7427
    Facsimile No. (670) 234-7256
5
    Attorney for Petitioner, J.M. Aquino, P.C.
6
                    **IN THE UNITED STATES DISTRICT COURT**
7                                   **FOR THE**
                    **NORTHERN MARIANA ISLANDS**
8
    J.M. AQUINO, P.C.,                    ]        Civil Case No. 1:20-CV-00009
9                                         ]
                Plaintiff/Petitioner,     ]
10          vs.                           ]
                                          ]        **STIPULATED NOTICE OF**
11  IMPERIAL PACIFIC INTERNATIONAL        ]        **DISMISSAL**
    (CNMI), LLC,                          ]
12                                        ]
                Defendant/Respondent.     ]
13                                        ]
    _____]
14
15          COME NOW Plaintiff J.M. Aquino, P.C., and Defendant Imperial Pacific International (CNMI),

16  LLC, through their respective Counsel, and give notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of

17  their stipulation to dismiss this matter, without prejudice, and with each party to bear its own fees and

18  costs.

19          IT IS SO NOTICED AND STIPULATED this 24th day of August, 2022.

20

21  _____/S/_____          _____/S/_____
    MARK SCOGGINS                          SAMUEL SALYER
22  Attorney for J.M. Aquino, P.C.         Attorney for Imperial Pacific International
                                           (CNMI), LLC
23

24

25

26

27

28