F I L E D
 Clerk
 District Court

AUG 24 2022

for the Northern Mariana Islands
By_____
        (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| J.M. AQUINO, P.C.,<br><br>    Plaintiff,<br><br>vs.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>    Defendant. | Civil Case No. 1:20-cv-00009<br><br>**ORDER DIRECTING<br>CLOSURE OF CASE** |

    Plaintiff initiated this action in June 2020. (Compl., ECF No.1.) On August 24, 2022, the parties filed a stipulated dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 94.) The Court hereby acknowledges the parties' stipulation and the matter is hereby dismissed without prejudice. All pending motions are hereby mooted, including the motion to withdraw filed by counsel Joey San Nicolas. (ECF No. 90.) Each party shall bear his or its own costs and fees, including attorneys' fees. The Clerk is directed to close the case and all dates and deadlines are hereby vacated.

    IT IS SO ORDERED this 24th day of August, 2022.

                                                    _____
                                                  RAMONA V. MANGLONA
                                                  Chief Judge